AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Middle District of Alabama

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| Deion Larry Jamar Mangum | ) | Case No.  2:20-cr-80-RAH-KFP-1 |
| | ) | USM No.  08953-509 |
| | ) | Christine Ann Freeman |
| | ) | Defendant's Attorney |

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

☑ was found in violation of condition(s) count(s)  4  after pleading no contest.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | New Law Violation- Possession of a Firearm by a Convicted Felon, 18 U.S.C. § 922(g)(1) | 02/14/2024 |

The defendant is sentenced as provided in pages 2 through  1  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The Government dismissed Violation Nos.  1, 2, 3 and 5  and defendant is discharged as to such violations.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  9662

Defendant's Year of Birth:  1993

City and State of Defendant's Residence:
Montgomery, AL

06/06/2024
Date of Imposition of Judgment

*/s/ A.L. Huffaker*
Signature of Judge

R. Austin Huffaker, Jr., United States District Judge
Name and Title of Judge

06/10/2024
Date

AO 245D (Rev. 09/19)   Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page ___ of __1__

DEFENDANT: Deion Larry Jamar Mangum
CASE NUMBER: 2:20-cr-80-RAH-KFP-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :

24 Mos. This term to run concurrently with Count 1 of Docket No. 2:24-cr-57-RAH and Count 1 of Docket No. 2:23-cr-296-RAH. This term to also run concurrent to the sentence imposed, if any is imposed, in the cases related to Pike County District Court case DC 2022-550 and Pike County District Court case DC 2022-551.  No SR to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

That Defendant be designated to a facility where mental health treatment and vocational training are available.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL